***Send All Notices to Assignee***
RECORDING REQUESTED BY:
WELLS FARGO BANK, N.A.
DEEPA NARASIMHAIAH
2701 WELLS FARGO WAY
MAC X9998-018
MINNEAPOLIS MN 55467-8000

AND WHEN RECORDED MAIL TO:
WELLS FARGO BANK, N.A.
DEFAULT ASSIGNMENT
MAC: X9998-018
1000 BLUE GENTIAN RD
EAGAN, MN 55121

Tax ID Number:



## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage, WELLS FARGO BANK, N.A. (herein "Assignor") whose address is 1 HOME CAMPUS DES MOINES, IA 50328, does hereby grant, sell, assign, transfer, and convey, unto U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 (herein "Assignee"), whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107, a certain Mortgage dated 11/10/2005 and recorded 11/15/2005, made and executed by JOHN L WEEKS AND ANDREA K WEEKS, HIS WIFE, to and in favor of WELLS FARGO BANK, N.A. upon the following described property. Such Mortgage having been given to secure payment of $164800.00 which Mortgage is of record in Book, Volume or Liber No. 2964, at Page 394, as Document No., of the Records of Franklin County, State of PA, together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

Legal Description:
TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 04/24/2013.
WELLS FARGO BANK, N.A.

*Nancy D Sorensen* (signature)

NANCY D. SORENSEN, Vice President Loan Documentation

STATE OF MN
COUNTY OF Dakota } S.S.

On 04/24/2013, before me LYNN MARIE SEVICK, Notary Public, personally appeared NANCY D. SORENSEN, Vice President Loan Documentation of WELLS FARGO BANK, N.A. personally known to me (or proved to me on the basis of satisfactory evidence), to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.
Witness my hand and official seal.

*Lynn Sevick* (signature)

LYNN MARIE SEVICK
Commission #:
My Commission Expires: 01/31/2017

[Notary Seal: LYNN MARIE SEVICK, NOTARY PUBLIC - MINNESOTA, My Commission Expires January 31, 2017]

Drafted By: DEEPA NARASIMHAIAH

I do certify that the precise address of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107

Attested By:

*Nancy D Sorensen* (signature)

NANCY D. SORENSEN, Vice President Loan Documentation

eRecorded



Instrument Number - 201309136
Recorded On 4/25/2013 At 8:37:31 AM
* Instrument Type - ASSIGNMENT
Invoice Number -           User ID -
* Mortgagor - WEEKS, JOHN L
* Mortgagee - US BANK NA

**\*FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $23.50 |
| COUNTY RECORDING FEE | $15.00 |
| COUNTY IMPROVEMENT FEE | $2.00 |
| ROD IMPROVEMENT FEE | $3.00 |
| TOTAL PAID | $44.00 |

COUNTY OF FRANKLIN
RECORDER OF DEEDS
Linda Miller, Recorder
Courthouse 157 Lincoln Way East
Chambersburg, PA 17201
Phone: (717) 261-3872

* **RETURN DOCUMENT TO:**
WELLS FARGO BANK, N.A.
2701 WELLS FARGO WAY
MAC X9998-018
MINNEAPOLIS, MN 55467-8000

* Total Pages - 2

> This is a certification page
> **DO NOT DETACH**
> This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Franklin County, Pennsylvania.

*Linda Miller* (signature)

Linda Miller
Recorder of Deeds

eRecord

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.