## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br><div align="right">Debtor(s)</div> | CHAPTER 13<br><br>Case No. 23-01558 HWV |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br><div align="right">Movant</div><br>  v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br><div align="right">Respondents</div> | |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED 11/10/2005

Recorded on **11/15/2005**, in Franklin County, Pennsylvania, in Book **2964** at Page **394**.

Property Address:  1761 Scotland Avenue, Chambersburg, PA 17201

Mortgage Servicer:  Wells Fargo Bank, N.A.

Post-petition mailing address for Debtor(s) to send payment:

Wells Fargo Home Mortgage
P.O. Box 14507
Des Moines, IA  50306

Mortgagor(s)/Debtor(s)
John L Weeks (deceased) and Andrea K Weeks

Payments are contractually due:

Monthly   __X__   Semi-monthly _____   Bi-weekly _____   Other _____

Each Monthly Payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest. . . . | $1,078.55 | |
| R.E. Taxes. . . . . . . . . . . | N/A | |
| Insurance . . . . . . . . . . . . | N/A | |
| Late Charge . . . . . . . . . . | N/A | |
| Other. . . . . . . . . . . . . . . | $670.46 | (Specify: Escrow) |
| **TOTAL**. . . . . . . . . . . . . | $1,749.01 | |

POST-PETITION PAYMENTS (Petition was filed on 07/11/2023)

*** Refer to Payment History Attached ***

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE : **3** as of October 30, 2023.

TOTAL AMOUNT OF POST-PETITION ARREARAGE: **3 x $1,749.01 = $5,247.03** as of October 30, 2023.

Dated:   November 1, 2023

Wells Fargo Bank, N.A.
_____
Mortgage Company

_Thomas Caragher (signature)_
_____
Thomas Caragher
Vice President Loan Documentation

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 08/01/2023 | $1,749.01 | | | | | |
| | 09/01/2023 | $1,749.01 | | | | | |
| | 10/01/2023 | $1,749.01 | | | | | |
| Total | | $5,247.03 | | | | | |

**Case Number:  2301558**