# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br>               Debtor(s) | Case No. 23-01558 HWV<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br>               Movant<br>  v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br>               Respondents | |

## CERTIFICATION OF CONCURRENCE / NON-CONCURRENCE

I hereby certify that concurrence in the Motion for Relief was sought from debtor's counsel, Michael A. Cibik, Esquire, debtors and the Trustee, Jack N Zaharopoulos, Esquire and it has not been granted.

| | |
|---|---|
| | /s/ Karina Velter, Esquire |
| Dated: November 2, 2023 | POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esquire ; ID 63252<br>Harry B. Reese, Esquire; ID 310501<br>Karina Velter, Esquire; ID 94781<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>215-942-2090 phone; 215-942-8661 fax<br>Email:  bankruptcy@powerskirn.com<br>Attorney for Movant |