# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br>                  Debtor(s) | Case No. 23-01558 HWV<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br>                  Movant<br>  v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br>                  Respondents | |

## ORDER GRANTING STAY RELIEF AS TO PROPERTY
## LOCATED AT 1761 SCOTLAND AVENUE, CHAMBERSBURG, PA 17201

    AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 and/or its successors and assigns to proceed with foreclosure of the property located at 1761 Scotland Avenue, Chambersburg, PA 17201, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

    It is further ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

    It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

    It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

 

                                                            _____
                                                            United States Bankruptcy Judge