# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br>                     Debtor(s) | Case No. 23-01558 HWV<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br>                     Movant<br><br>  v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br>                     Respondents | |

# NOTICE

Notice is hereby given that:

WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 filed a Motion for Relief from Stay on November 2, 2023.

A hearing on the above referenced matter that has been scheduled for:

| | |
|---|---|
| United State Bankruptcy Court<br>1501 North 6th Street, Courtroom 8,<br>4th Floor<br>Harrisburg, PA 17102 | Date: 11/28/2023<br>Time: 9:30 am |

Any objection/response to the above referenced matter must be filed and served on or before November 16, 2023.

All persons who intend to appear at a hearing remotely must register to do so. Registration must be completed by 5:00 p.m. on the day before the hearing. To register for a hearing please see the Remote Appearance Guide at http//www.pamb.uscourts.gov/ for further information.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

/s/ Karina Velter, Esquire

Date: November 2, 2023

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
Email: bankruptcy@powerskirn.com
Attorney for Movant