# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br><br>                    Debtor(s) | Case No. 23-01558 HWV<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br>                    Movant<br><br>  v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br>                    Respondents | |

## CERTIFICATE OF SERVICE
## OF MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND NOTICE OF HEARING

      I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 2, 2023.

      The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail</u>.

Parties Served via Electronic Notification:

Jack N Zaharopoulos, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Email: info@pamd13trustee.com
Trustee

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Email: mail@cibiklaw.com
Attorney for Debtor(s)

Asst. U.S. Trustee
1501 N. 6th Street
Harrisburg, PA 17102
E-mail: ustpregion03.pi.ecf@usdoj.gov

Parties Served via First Class Mail:

Andrea K. Weeks
1761 Scotland Ave
Chambersburg, PA 17201

/s/ Karina Velter, Esquire

Dated: November 2, 2023

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
215-942-2090 phone; 215-942-8661 fax
Email:  bankruptcy@powerskirn.com
Attorney for Movant