# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea K. Weeks<br>               Debtor(s) | Case No. 23-01558 HWV<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1<br>               Movant<br>v.<br><br>Andrea K. Weeks<br><br>and<br><br>Jack N Zaharopoulos, Trustee<br>               Respondents | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay ("Motion") filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 and/or its successors and assigns ("Movant"), Doc. 28, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED**. The Automatic Stay is terminated as it affects the interest of Movant in and to the Debtor's property known as 1761 Scotland Avenue, Chambersburg, PA 17201. Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. It is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

By the Court,

/s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 20, 2023