United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrea K. Weeks  
    Debtor

Case No. 23-01558-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3  
Date Rcvd: Feb 29, 2024    Form ID: ordsmiss    Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea K. Weeks, 1761 Scotland Ave, Chambersburg, PA 17201-1401 |
| 5553685 | + | Borough of Chambersburg, 100 S 2nd St, Chambersburg, PA 17201-2512 |
| 5553686 | | Chambersburg Area School District, 435 Stanley Ave, Chambersburg, PA 17201-3605 |
| 5553687 | + | Corning Credit Union, Pob 1450, Corning, NY 14830-1050 |
| 5553690 | | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5553696 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5553699 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 29 2024 23:50:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5553684 | + | Email/Text: bankruptcynotices@aarons.com | Feb 29 2024 18:52:00 | Aaron's Sales & Lease, Attn: Legal Dept Attn: Legal Dept, 400 Galleria Pkwy SE , Suite 300, Atlanta, GA 30339-3182 |
| 5554622 | + | EDI: AISACG.COM | Feb 29 2024 23:50:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5554109 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 18:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5553688 | + | EDI: BLUESTEM | Feb 29 2024 23:50:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5553689 | + | EDI: AMINFOFP.COM | Feb 29 2024 23:50:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5553691 | | EDI: IRS.COM | Feb 29 2024 23:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5553692 | | EDI: JEFFERSONCAP.COM | Feb 29 2024 23:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5556038 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 18:56:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5553693 | | Email/Text: Bankruptcies@nragroup.com | Feb 29 2024 18:52:00 | National Recovery Agency, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5553694 | | Email/Text: fesbank@attorneygeneral.gov | Feb 29 2024 18:52:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5553695 | | EDI: PENNDEPTREV | Feb 29 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 5553695 | | Email/Text: RVSVCBICNOTICE1@state.pa.us<br>Feb 29 2024 18:52:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5556039 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Feb 29 2024 18:55:46 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566947 | + | EDI: JEFFERSONCAP.COM<br>Feb 29 2024 23:50:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5553697 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Feb 29 2024 18:56:18 | | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5560734 | | EDI: AIS.COM<br>Feb 29 2024 23:50:00 | | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5566737 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Feb 29 2024 18:52:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5553700 | ^ | MEBN<br>Feb 29 2024 18:47:09 | | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5553701 | ^ | MEBN<br>Feb 29 2024 18:47:08 | | Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719-9146 |
| 5553702 | + | EDI: VERIZONCOMB.COM<br>Feb 29 2024 23:50:00 | | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5559996 | + | EDI: WFFC2<br>Feb 29 2024 23:50:00 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5553703 | + | EDI: WFFC2<br>Feb 29 2024 23:50:00 | | Wells Fargo Home Mortgage, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 5553704 | ^ | MEBN<br>Feb 29 2024 18:47:05 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5559306 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Feb 29 2024 18:56:16 | | Westlake Services, LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5553698 | | Sallie Mae |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2006-WF1 karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-3, Home Equity Pass-Through Certificates, Series 2006-3, U.S. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 1 Andrea K. Weeks help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrea K. Weeks,                       Chapter     13

**Debtor 1**

                                       Case No.     1:23−bk−01558−HWV

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 29, 2024

ordsmiss (05/18)