UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ANDREA K. WEEKS
                                   Debtor(s)        CHAPTER 13

                                                   CASE NO: 1-23-01558HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9019558 in the amount of $484.00 representing unclaimed funds owed to Debtor(s), Andrea k. Weeks. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | ANDREA K. WEEKS<br>1761 SCOTLAND AVE<br>CHAMBERSBURG, PA 17201-1401 | $484.00 |

Dated: November 19, 2024                    /s/ Donna Schott
                                                              Office of the Standing Chapter 13 Trustee
                                                                Jack N. Zaharopoulos
                                                                Suite A, 8125 Adams Dr.
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097
                                                                email: info@pamd13trustee.com